UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**SANTOS FERMIN,**

   Plaintiff,

v.                                                      No. 4:23-cv-0820-P

**CHARLES SCHWAB, ET AL.,**

   Defendants.

## FINAL JUDGMENT

Consistent with the order of dismissal signed this date, the claims of Plaintiff, Santos Fermin, are **DISMISSED** for want of prosecution.

**SO ORDERED** on this **11th day** of **September 2023.**

MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE